IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01396-LTB

JUAN VIANEZ,

     Plaintiff,

v.

UNITE TEAM FOR FLORENCE, CO, and
THE STATE OF DENVER,

     Defendants.

---

## JUDGMENT

---

     Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on July 2, 2014, it is hereby

     ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

     DATED at Denver, Colorado, this 2nd day of July, 2014.

               FOR THE COURT,

               JEFFREY P. COLWELL, Clerk

               By: s/K Lyons
                   Deputy Clerk